# E-filing

Complaint by a Prisoner under the Civil Right Act, 42 U.S.C 1983.

NAME __WEAVER__     __WILLIE__
       (LAST)        (FIRST)     (INITIAL)

PRISONER NUMBER __J-91389__

INSTITUTIONAL ADDRESS __PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY CA. 95531.__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__WILLIE WEANER__
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

VS.

__CORRECTIONAL OFFICER DANIAL__

(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

CASE NO. ___CV 08 1259 (PR)___
(TO BE PROVIDED BY THE CLERK OF COURT)

COMPLAINT UNDER THE CIVIL RIGHT ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED.)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES

NOTE! YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS)

A. PLACE OF PRESENT CONFINEMENT __P.S.Y__
B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )

COMPLAINT        -1-

APPEAL AT EACH LEVEL OF REVIEW, IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.

1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?
YES ( )    NO ( ).

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE.
EXPLAIN WHY. STILL BEING PROCESSED

II. PARTIES

A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS. DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT. PELICAN BAY STATE PRISON CORRECTIONAL OFFICER DANIAL

COMPLAINT        - 2 -

STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and how to include dates. When possible do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

BREAKFAST MORNING 02/01/08 CORRECTIONAL OFFICER DANIAL GAVE PLAINTIFF HIS BAG LUNCH AND TOLD PLAINTIFF HE NEED TO WATCH HIS BACK, THIS IS HARRASSMENT, THREATING, CONSPIRACY AGAINST PLAINTIFF, 1, 8, 9, 14 AMENDMENT RIGHTS HAS BEEN VIOLATED THE DEFENDANT SHOWED DELIBERATE INDIFFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUTED CRUEL UNUSUAL PUNISHMENT ON 02/01/08

IV. RELIEF.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

LIABILITY DAMAGES: 25,000 TWENTY FIVE THOUSAND DOLLARS DUE TO: HARRASSMENT, CONSPIRACY, THREATING, U.S. CONSTITUTION VIOLATION, PENAL CODE VIOLATION

PUNITIVE DAMAGES: 25,000 TWENTY FIVE THOUSAND DOLLARS DUE TO: MENTAL ANGUISH, STRESS DISORDER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
SIGNED THIS ___02___ DAY OF ___01___ 20 ___08___

COMPLAINT                              - 3 -