United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   WILLIE EUGENE WEAVER,                )
                                          )      No. C 08-01259 JW (PR)
12              Plaintiff,                )
                                          )      JUDGMENT
13        vs.                             )
                                          )
14   CORRECTIONAL OFFICER                 )
     DANIAL,                              )
15                                        )
                Defendant.                )
16                                        )
                                          )
17   ─────────────────────────────────   )

18        Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42

19   U.S.C. § 1983.  Plaintiff did not pay the full filing fee or apply for leave to proceed

20   in forma pauperis, so on March 4, 2008, this Court's clerk sent him a notice that he

21   must either pay the full filing fee or file an in forma pauperis application within

22   thirty days or the case would be dismissed.  The deadline has since passed, and

23   plaintiff has not complied.

24        For the foregoing reasons, this case is DISMISSED without prejudice.

25   Judgment is entered accordingly.  The clerk shall close the file.

26

27   DATED: __May 15, 2008_____          _____

28                                            JAMES WARE
                                             United States District Judge

Judgment
G:\PRO-SE\SJ.JW\CR.08\Weaver01259_judgment.def-ifp.wpd

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,

  v.

CORRECTIONAL OFFICE DANIAL,

        Defendant.

_____/

Case Number: CV08-01259 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____5/23/2008_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Eugene Weaver J-91389
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7000
Crescent City, Ca 95531-7000

Dated: _____5/23/2008_____

           Richard W. Wieking, Clerk
          /s/ By: Elizabeth Garcia, Deputy Clerk