Copy 1 of 2

FILED
08 JUN -4 PM 1:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

05/31/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531,

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
   PLAINTIFF,

VS.

CORRECTIONAL OFFICER
DANIAL,
   DEFENDANT,

CASE NO. CV-08-01259 JW (PR)

NOTICE OF APPEAL

YOUR HONORABLE JUDGE:
OFFICE OF THE CLERK:

NOTICE IS HEREBY GIVEN THAT PLAINTIFF HEREBY APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE NINTH CIRCUIT FROM ORDER DISMISSED ENTERED IN THIS ACTION 05/15/08.

RESPECTIBLE SUBMITTED
Willie Weaver
SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER, PLAINTIFF,

vs.

CASE NO. CV-08-01259 JW

CORRECTIONAL OFFICER DANIAL,

PROOF OF SERVICE

I hereby certify that on: 05/30/08 I served a copy of the attached three exact Motion Notice of Appeal

by placing a copy in a postage paid envelope addressed to the person(s) here in after listed, by depositing said envelope in the United State mail at: Pelican Bay State Prison P.O. Box 7000 Crescent City, CA. 95531.

(List name and address of each defendant or attorney served) Office of the Clerk: United States District Court for the Northern District of California 450 Golden Gate Avenue San Francisco, CA. 94102

I declare under penalty of perjury that the forgoing is true and correct.

Willie Weaver
SIGNATURE

```
PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

PELICAN BAY
P.S.U. UNIT B-2
```

$00.59
JUN 02 2008
MAILED FROM ZIPCODE 95531
0004217666

CASE NO. CV-08-01259
JW (PRJ) OFFICE OF THE CLERK
IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
S[illegible] 94102

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA. 95531.

CONFIDENTIAL
LEGAL MAIL